**No. 61910.**—United China & Glass Co. *v.* United States, protest 316236–K/15025 (New Orleans).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the articles described as earthenware butter dishes, item 4436, and decorated earthenware cheese dishes, item 2510, in cases 8575 and 8862 to 8866, constitute entireties, consisting of dish and cover, and are decorated earthenware tableware, valued at $2 or more per dozen, the claim of the plaintiff was sustained.